# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** League of United Latin American Citizens

v.

Exec. Office of Pres. et al.; Repub. Nat'l Co

**Case No:** 25-5476

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ● Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| League of Women Voters Educ. Fund | League of Women Voters of the U.S. |
| League of Women Voters of Ariz. | NAACP |
| OCA - Asian Pacific Am. Advocates | Asian & Pacific Islander Am. Vote |
| Hispanic Fed'n | |

### Counsel Information

**Lead Counsel:** [I am not lead counsel in this case]

Direct Phone: (___) ___-___  Fax: (___) ___-___  Email: ___

**2nd Counsel:** Scott Michelman

Direct Phone: (202) 6014267  Fax: (___) ___-___  Email: smichelman@acludc.org

**3rd Counsel:** Michael Perloff

Direct Phone: (202) 7161427-  Fax: (___) ___-___  Email: mperloff@acludc.org

**Firm Name:** ACLU Foundation of D.C.

**Firm Address:** 529 14th St. NW, Suite 722, Washington DC 20045

**Firm Phone:** (202) 4570800  Fax: (___) ___  Email: ___

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)