# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5476, 25-5478    2. DATE DOCKETED: 12/31/2025

3. CASE NAME (lead parties only) League of United Latin American v. Executive Office of the President

4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ◯ Private Civil ◯ Criminal ◯ Bankruptcy
☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ◯ Yes ⦿ No
If YES, cite statute

6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
   Civil Action 25-cv-946    Bankruptcy    Tax
   Criminal    Adversary
   Miscellaneous    Ancillary

   b. Review is sought of:
   ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal

   c. Name of judge who entered order being appealed:
   Judge Kollar-Kotelly    Magistrate Judge

   d. Date of order(s) appealed (use date docketed): 10/31/2025    e. Date notice of appeal filed: 12/23/2025

   f. Has any other notice of appeal been filed in this case? ◯ Yes ⦿ No    If YES, date filed:

   g. Are any motions currently pending in trial court? ⦿ Yes ◯ No    If YES, date filed:
   If YES, identify motion Additional Summary Judgment motions pending. This is a Rule 54 (b) partial summary jud

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ◯ Yes ⦿ No
   If NO, why not? Summary Judgment was granted based on the papers

   i. Has this case been before the Court under another appeal number? ◯ Yes  Appeal #    ⦿ No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
   ⦿ Yes ◯ No If YES, give each case's court and case name, and docket number:
   California v. Trump, No. 25-1726 (1st Cir.)

   k. Does this case turn on validity or correct interpretation or application of a statute?    ◯ Yes ⦿ No
   If YES, give popular name and citation of statute

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ◯ Yes ⦿ No    If so, provide program name and participation dates

Signature /s/ Laura E. Myron    Date 02-02-2026
Name of Party Defendants-Appellees (see attached for represented parties)
Name of Counsel for Appellant/Petitioner Laura E. Myron
Address 950 Pennsylvania Ave NW Washington DC 20530
Phone ( 202 ) 514-4819    Fax ( ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

Executive Office of the President

U.S. Election Assistance Commission

Brianna Schletz, in her official capacity as Executive Director of the U.S. Election Assistance Commission

Donald Palmer, in his official capacity as Chairman and Commissioner of the U.S. Election Assistance Commission

Thomas Hicks, in his official capacity as Commissioner of the U.S. Election Assistance Commission

Christy McCormick, in her official capacity as Commissioner of the U.S. Election Assistance Commission

Benjamin Hovland, in his official capacity as Commissioner of the U.S. Election Assistance Commission

U.S. Department of Justice

Pamela J. Bondi, in her official capacity as Attorney General

U.S. Department of Defense

Peter B. Hegseth, in his official capacity as U.S. Sec'y of Defense

Federal Voting Assistance Program

J. Scott Wiedmann, in his official capacity as Director of FVAP

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Laura E. Myron
LAURA E. MYRON
*Counsel for the*
*Defendants-Appellants*