# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.<br><br>    Plaintiffs-Appellees,<br><br>    v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br>    Defendants-Appellants.<br>        and<br><br>REPUBLICAN NATIONAL COMMITTEE,<br>    Defendant-Intervenor. | No. 25-5476 |
| DEMOCRATIC NATIONAL COMMITTEE, et al.,<br><br>    Plaintiffs-Appellees,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>    Defendants-Appellants,<br><br>    and<br><br>REPUBLICAN NATIONAL COMMITTEE,<br>    Defendant-Intervenor. | No. 25-5478 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel

certifies as follows:

**A.  Parties and Amici**

Plaintiffs in district court, and appellees here, are League of United Latin American Citizens; Secure Families Initiative; Arizona Students' Association; League of Women Voters of the United States; League of Women Voters of Arizona; Hispanic Federation; National Association for the Advancement of Colored People; OCA-Asian Pacific American Advocates; League of Women Voters Education Fund; Asian and Pacific Islander American Vote; Democratic National Committee; Democratic Governors Association; DSCC; DCCC; Charles E. Schumer; and Hakeem S. Jeffries. Defendants in the district court, and appellants here, are the Executive Office of the President; U.S. Election Assistance Commission; Brianna Schletz, in her official capacity as Executive Director of the U.S. Election Assistance Commission; Donald Palmer; in his official capacity as Commissioner and Chairman of the U.S. Election Assistance Commission; Thomas Hicks, in his official capacity as Commissioner and Vice-Chair of the U.S. Election Assistance Commission; Christy McCormick, in her official capacity as Commissioner of the U.S. Election Assistance Commission; Benjamin Hovland, in his official capacity as Commissioner of the U.S. Election Assistance Commission; U.S. Department of Justice,

Pamela J. Bondi, in her official capacity as Attorney General of the United States; U.S. Department of Defense; Peter B. Hegseth, in his official capacity as U.S. Secretary of Defense; Federal Voting Assistance Program; and J. Scott Wiedmann, in his official capacity as Director of the Federal Voting Assistance Program.. The Republican National Committee is an intervenor-defendant. Before the district court, the following participated as amicus curiae: Constitutional Accountability Center; Bipartisan Former State Secretaries of State; Restoring Integrity and Trust in Elections; Republican Party of Arizona; Lawyers Defending American Democracy, Inc.; Robert Thomas Peterson. Lawyers Defending American Democracy, Inc. has filed a notice of intention to participate as amicus curiae before this Court.

**B.      Rulings under Review**

The rulings under review are the opinion and order entered in the consolidated cases on October 31, 2025. *See League of United Latin American Citizens*, No. 25-cv-0946 (D.D.C.), 2025 WL 3042704 (Kollar-Kotelly, J.).

**C.      Related Cases**

There are no related cases currently pending before this Court. A similar challenge to the Executive Order at issue in this case brought by

different plaintiffs is currently pending before the U.S. Court of Appeals for the First Circuit. *See California, et al. v. Trump, et al.*, No. 25-1726 (1st Cir.).

Respectfully submitted,

 *s/ Laura E. Myron*
LAURA E. MYRON
*Attorneys, Appellate Staff*
*Civil Division, Room 7228*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-4189*
*laura.e.myron@usdoj.gov*

FEBRUARY 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Laura E. Myron
LAURA E. MYRON
*Counsel for the*
*Defendants-Appellants*