[NOT SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br>　　　　Plaintiffs-Appellees,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br>　　　　Defendants-Appellants.<br>　　and<br><br>REPUBLICAN NATIONAL COMMITTEE,<br>　　　　Defendant-Intervenor. | No. 25-5476 |
| DEMOCRATIC NATIONAL COMMITTEE, et al.,<br>　　　　Plaintiffs-Appellees,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>　　　　Defendants-Appellants,<br><br>　　and<br><br>REPUBLICAN NATIONAL COMMITTEE,<br>　　　　Defendant-Intervenor. | No. 25-5478 |

**STATEMENT OF INTENT CONCERNING DEFERRED APPENDIX**

　　Pursuant to this Court's order dated January 2, 2026, Defendants-Appellants hereby respectfully submit this Statement of Issues. The issue

presented on appeal is:

Whether the district court erred when it enjoined enforcement of Section 2(a) of Executive Order 14,248 on the ground that it violated the constitutional separation of powers.

Respectfully submitted,

*s/ Laura E. Myron*
LAURA E. MYRON
*Attorneys, Appellate Staff*
*Civil Division, Room 7228*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-4189*
*laura.e.myron@usdoj.gov*

FEBRUARY 2026

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Laura E. Myron*
LAURA E. MYRON
*Counsel for the*
*Defendants-Appellants*