UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| League of United Latin American Citizens, et al.,<br>   Appellees,<br><br> v.<br><br>Executive Office of the President, et al.,<br>   Appellants,<br><br>Republican National Committee,<br>   Appellant. | No. 25-5476 (consolidated with No. 25-5478) |

**STATEMENT OF ISSUES**

The issue in this appeal is whether the district court erred in enjoining enforcement of Section 2(a) of Executive Order 14,248, titled "Preserving and Protecting the Integrity of American Elections," on the ground that it violated the constitutional separation of powers.

Dated: February 2, 2026    Respectfully submitted,

                  */s/ Gilbert C. Dickey*

                Gilbert C. Dickey (VA Bar 98858)
                Thomas R. McCarthy (VA Bar 47154)
                Conor D. Woodfin (VA Bar 98937)
                William Bock IV (Ohio Bar 105262)
                CONSOVOY MCCARTHY PLLC
                1600 Wilson Blvd., Ste. 700
                Arlington, VA 22209
                (703) 243-9423
                gilbert@consovoymccarthy.com
                tom@consovoymccarthy.com
                conor@consovoymccarthy.com
                wbock@consovoymccarthy.com

                *Counsel for the RNC*

## CERTIFICATE OF SERVICE

I certify that on February 2, 2026, I electronically filed the foregoing certificate with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated: February 2, 2026  */s/ Gilbert C. Dickey*
Gilbert C. Dickey
*Counsel for the RNC*