No. 25-5478 September Term, 2025

1:25-cv-00946-CKK

Filed On: March 9, 2026 [2162704]

League of United Latin American Citizens, et al.,

    Appellees

    v.

Executive Office of the President, et al.,

    Appellees

Republican National Committee,

    Appellant

------------------------------

Consolidated with 25-5476

# O R D E R

It appearing that these consolidated cases present potential problems of duplicative briefing, it is

**ORDERED**, on the court's own motion, that the parties submit by April 8, 2026, proposed formats for the briefing of these cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

                                                                **FOR THE COURT:**
                                                                 Clifton B. Cislak, Clerk

                                           BY:    /s/
                                                           Louis Karl Fisher
                                                           Deputy Clerk