# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5476**

**September Term, 2025**

**1:25-cv-00946-CKK**

**Filed On:** April 2, 2026

League of United Latin American Citizens, et al.,

       Appellees

   v.

Executive Office of the President, et al.,

       Appellants

Republican National Committee,

       Appellee

------------------------------

Consolidated with 25-5478, 26-5098, 26-5099, 26-5102

## O R D E R

It is **ORDERED**, on the court's own motion, that the court's March 9, 2026 order, directing the parties to submit proposed briefing formats by April 8, 2026, be vacated.  It is

**FURTHER ORDERED** that any procedural or dispositive motions in these consolidated cases be filed by May 4, 2026.

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

            BY:    /s/
                      Francis A. Walter
                      Deputy Clerk