## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, <br><br> *Defendants-Appellants*, <br><br> JOSE A. PEREZ, <br><br> *Movant-Appellant*. | Case No. 26-5098 |

## MOTION FOR A THIRTY-DAY EXTENSION TO FILE OPPOSITION TO MOVANT-APPELLANT'S DISPOSITIVE MOTION

Pursuant to D.C. Circuit Rule 27 and Federal Rule of Appellate Procedure 27, the Democratic National Committee, the Democratic Governors Association, the Democratic Senatorial Campaign Committee, the Democratic Congressional Campaign Committee, and the Democratic leaders of the U.S. Senate and House, Charles E. "Chuck" Schumer and Hakeem S. Jeffries (collectively, "Democratic Party Appellees") move for a thirty-day extension to file an opposition to Movant-

Appellant Jose A. Perez's Motion for Summary Reversal. Should the instant motion be granted, Democratic Party Appellees' opposition will be due May 26, 2026. In support of this motion, counsel for Democratic Party Appellees states as follows:

1.    On March 30, 2026, Movant-Appellant Jose A. Perez noticed an appeal from the district court's March 3, 2026 Order denying Movant-Appellant's Motion to Intervene in the proceedings below.

2.    On April 14, 2026, Movant-Appellant filed with this Court a Motion for Summary Reversal of the district court's March 3, 2026 Order.

3.    Democratic Party Appellees' deadline to respond to Movant-Appellant's Motion for Summary Reversal is presently April 24, 2026.

4.    On April 20, 2026, the federal government Appellants moved for a thirty-day extension of their time to respond to Mr. Perez's Motion for Summary Reversal. Democratic Party Appellees consented to this motion provided the federal government Appellants reciprocally consent to the Democratic Party Appellees also receiving a thirty-day extension of time to respond to the same. The federal government Appellants indicated their consent in their extension motion to this Court. *See* Doc. 2169379 ¶ 5.

5.    Counsel for Democratic Party Appellees have a substantial number of active matters with upcoming deadlines, and as such, the requested extension of time to respond to Mr. Perez's dispositive motion is necessary to ensure sufficient time to

prepare an opposition. Moreover, granting such an extension will ensure that the Democratic Party Appellees' response deadline remains synchronized with the government's response deadline, should its motion also be granted.

6.    Democratic Party Appellees therefore respectfully request a 30-day extension of time, to and including May 26, 2026, to file an opposition to Movant-Appellant's Motion for Summary Reversal. Mr. Perez, who is proceeding pro se in this matter, did not respond to a request for his position on the motion at the time of this filing. Counsel for federal defendants do not object to the motion. Counsel for the remaining appellees do not object to the motion provided they are granted the same extension of time for their own response to the motion.

Dated: April 22, 2026

Respectfully submitted,

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Marc E. Elias (D.C. Cir. 43320)
Aria C. Branch (D.C. Cir. 63057)
Lalitha D. Madduri (D.C. Cir. 66802)
Christopher D. Dodge (D.C. Cir. 65332)
Jacob D. Shelly (D.C. Cir. 65676)
Harleen K. Gambhir (DC 1781869)
James J. Pinchak (DC 90034756)*
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652

Tyler L. Bishop (D.C. Cir. 64981)
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177

*Application for admission pending*

*Counsel for Democratic Party Appellees*

## <u>CERTIFICATE OF COMPLIANCE</u>

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 407 words.  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Times New Roman 14-point font, a proportionally spaced typeface.

Dated: April 22, 2026

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Aria C. Branch (D.C. Cir. 63057)

*Counsel for Democratic Party Appellees*

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 22, 2026, I electronically filed the foregoing document with the Clerk of the Court of the United States Court of Appeals for the District of Columbia using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 22, 2026

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Aria C. Branch (D.C. Cir. 63057)

*Counsel for Democratic Party Appellees*