# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5476**                           **September Term, 2025**

**1:25-cv-00946-CKK**

**Filed On: May 7, 2026** [2172259]

League of United Latin American Citizens,
et al.,

       Appellees

    v.

Executive Office of the President, et al.,

       Appellants

Republican National Committee,

       Appellee

-----------------------------

Consolidated with 25-5478, 26-5098,
26-5099, 26-5102

### O R D E R

Upon consideration of the motions for extension of time to respond to the motion for summary reversal in No. 26-5098, it is

**ORDERED** that the League and LULAC Appellees' motion for extension of time be dismissed as moot. The League and LULAC Appellees filed a timely response to the motion for summary reversal on April 24, 2026. It is

**FURTHER ORDERED** that the remaining motions for extension of time be granted. The Federal Defendants' response to the motion for summary reversal, filed May 4, 2026, is deemed timely filed. The Democratic Party Appellees' and the Republican National Committee's responses to the motion for summary reversal are now due May 26, 2026.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

            BY:   /s/
                    Louis Karl Fisher
                    Deputy Clerk