# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

League of United Latin American
Citizens, et al.,
     Appellees,

  v.

Executive Office of the President, et al.,
     Appellants,

Republican National Committee,
     Appellant.

No. 25-5476 (consolidated with
No. 25-5478)

### Notice Regarding Motion for Summary Reversal

On March 30, 2026, Movant-Appellant Jose Perez appealed from the district court's March 3, 2026 order denying his motion to intervene. On April 14, 2026, Mr. Perez moved for summary reversal of the district court's March 3, 2026 order. Consistent with its position in the district court on the motion to intervene, Appellant Republican National Committee takes no position on the motion for summary reversal.

Dated: May 22, 2026

Respectfully submitted,
 */s/ Gilbert C. Dickey*

Gilbert C. Dickey (VA Bar 98858)
Thomas R. McCarthy (VA Bar 47154)
Conor D. Woodfin (VA Bar 98937)
William Bock IV (Ohio Bar 105262)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
gilbert@consovoymccarthy.com
tom@consovoymccarthy.com
conor@consovoymccarthy.com
wbock@consovoymccarthy.com

*Counsel for the RNC*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 66 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in Garamond 14-point font.

Dated: May 22, 2026        */s/ Gilbert C. Dickey*
                                       Gilbert C. Dickey
                                       *Counsel for the RNC*

# CERTIFICATE OF SERVICE

I certify that on May 22, 2026, I electronically filed the foregoing certificate with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated: May 22, 2026        */s/ Gilbert C. Dickey*
                                         Gilbert C. Dickey
                                       *Counsel for the RNC*