**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br><br>*Plaintiffs-Appellees*,<br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>*Defendants-Appellants*,<br><br>REPUBLICAN NATIONAL COMMITTEE,<br><br>*Defendant-Appellant*. | Case No. 25-5476 (consolidated with Case Nos. 25-5478, 26-5099, 26-5102, 26-5182) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned counsel, Clayton Pierce, hereby respectfully withdraws as counsel for Plaintiffs-Appellees League of Women Voters Education Fund, League of Women Voters of the United States, League of Women Voters of Arizona, Hispanic Federation, National Association for the Advancement of Colored People, OCA-Asian Pacific American Advocates, and Asian and Pacific Islander American Vote (League Plaintiffs-Appellees). League Plaintiffs-Appellees will continue to be represented by Sophia Lin Lakin, Ethan Herenstein, Jonathan Topaz, Davin Rosborough, Sarah Brannon, and Adriel I. Cepeda Derieux at the American Civil Liberties Union Foundation, as well as co-counsel at Brennan Center for Justice at

NYU School of Law, NAACP Legal Defense & Educational Fund, Inc., American Civil Liberties Union Foundation of the District of Columbia, Latino Justice PRLDEF, and Asian Americans Advancing Justice-AAJC.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Clayton Pierce*
Clayton Pierce
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
cpierce@aclu.org

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via the Court's CM/ECF system on September 15, 2026, thereby serving it on all counsel of record and persons who have appeared in this case.

September 15, 2026

*/s/ Clayton Pierce*
Clayton Pierce